AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**LESLEE ELAYNE PIKER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: **2:14CR00200-001**<br>Defendant's Attorney: Randal Ensminger, Retained |

**THE DEFENDANT:**

[✓]  pleaded guilty to count(s) __1__ of the Information.

[ ]  pleaded nolo contendere to count(s) ⎯ which was accepted by the court.

[ ]  was found guilty on count(s) ⎯ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 USC § 1703(b) | Delay or Destruction of Mail | 3/31/2012 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ⎯ and is discharged as to such count(s).

[✓]  Count (s) __2-4__ are dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[✓]  Appeal rights given.                    [✓]    Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**1/14/2015**

Date of Imposition of Judgment

Signature of Judicial Officer

**Kendall J. Newman**, United States Magistrate Judge

Name & Title of Judicial Officer

1/20/2015

Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Probation

DEFENDANT:**LESLEE ELAYNE PIKER**

CASE NUMBER:**2:14CR00200-001**

## COURT PROBATION

The defendant is hereby sentenced to court probation for a term of:
<u>24 months</u>.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two (2) periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

[ ]  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

[ ]  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

[ ]  The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.), as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of qualifying offense.

[ ]  The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Probation

DEFENDANT:**LESLEE ELAYNE PIKER**
CASE NUMBER:**2:14CR00200-001**

## SPECIAL CONDITIONS OF PROBATION

1.   The defendant shall serve three consecutive days in jail within six months from the date the judgment and conviction is entered. The court recommends that the defendant be allowed to serve her time at the Roseville City Jail in Roseville, CA;

2.   The defendant shall pay a special assessment of $25.00;

3.   The defendant shall pay $700.00 as restitution to Netflix, Inc. within six months from the date the judgment and conviction is entered;

4.   The defendant shall hand write letters of apology to Netflix, Inc. and the Wheatland Post Office. The letters are to be scanned and emailed to the United States Attorney's Office who will then forward the letters to Netflix, Inc. and the Wheatland Post Office;

5.   The defendant shall notify the United States Attorney's Office within seventy-two hours of being arrested;

6.   The defendant shall notify the United States Attorney's Office ten days prior to any change in residence.

AO 245B-CAED(Rev. 09/2011) Sheet 5 - Criminal Monetary Penalties

DEFENDANT:**LESLEE ELAYNE PIKER**
CASE NUMBER:**2:14CR00200-001**

Page 4 of 5

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $25.00 | | $700.00 |

[ ]    The determination of restitution is deferred until ___ . An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

[✓]    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment colunm below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Netflix Inc.<br>Attn: Ken Laag<br>48119 Warm Springs Blvd<br>Fremont, CA 94539 | $700.00 | $700.00 | |
| **Totals** | **$700.00** | **$700.00** | |

[✓]    Restitution amount ordered pursuant to plea agreement $ _700.00_

[ ]    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalities for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[✓]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[✓]    The interest requirement is waived for the    [ ] fine    [✓] restitution

[ ]    The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

[ ]    If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[✓]    If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED(Rev. 09/2011) Sheet 6 - Schedule of Payments

DEFENDANT:**LESLEE ELAYNE PIKER**                                                              Page 5 of 5
CASE NUMBER:**2:14CR00200-001**

## SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A.      [ ]      Lump sum payment of $ ⎯ due immediately, balance due

        [ ]      Not later than ⎯, or

        [ ]      in accordance     [ ] C,    [ ] D,    [ ] E,or     [ ] F below; or

B.      [✔]      Payment to begin immediately (may be combined with     [ ] C,     [ ] D,    or [✔] F below); or

C.      [ ]      Payment in equal ⎯ (e.g. weekly, monthly, quarterly) installments of $ ⎯ over a period of ⎯ (e.g. months or
                 years), to commence ⎯ (e.g. 30 or 60 days) after the date of this judgment; or

D.      [ ]      Payment in equal ⎯ (e.g. weekly, monthly, quarterly) installments of $ ⎯ over a period of ⎯ (e.g. months or
                 years), to commence ⎯ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E.      [ ]      Payment during the term of supervised release will commence within ⎯ (e.g. 30 or 60 days) after release from
                 imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that
                 time; or

F.      [✔]      Special instructions regarding the payment of crimimal monetary penalties:

        [✔] **Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to:**

             [✔] CLERK U.S.D.C.
                 501 "I" Street, #4-200
                 Sacramento, CA 95814

        Your check or money order must indicate **your name and citation/case number** shown above to ensure your account
        is credited for payment received.
        Defendant has made a $400.00 restitution payment directly to Netflix, Inc. The remaining $300.00 restitution is to be
        paid to the Clerk of Court.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]      Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
and corresponding payee, if appropriate:

[ ]      The defendant shall pay the cost of prosecution.

[ ]      The defendant shall pay the following court cost(s):

[ ]      The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.